United States Courts
Southern District of Texas
FILED
August 14, 2024
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO.: **4:24-cr-00427** |
| | § | |
| v. | § | |
| | § | |
| DAVID MICHAEL HALL | § | |
| DEFENDANT | § | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

### (BANK ROBBERY)

On or about May 2, 2024, in the Southern District of Texas and within the jurisdiction of the court,

**DAVID MICHAEL HALL**

defendant herein, did knowingly and intentionally take, by force, violence and intimidation, from the person or presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of CAPITAL ONE BANK, located at 1260 Blalock Road, Ste. 100, in Houston, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Sections 2113(a).

1

## COUNT TWO

### (BANK ROBBERY)

On or about May 7, 2024, in the Southern District of Texas and within the jurisdiction of the court,

### DAVID MICHAEL HALL

defendant herein, did knowingly and intentionally take, by force, violence and intimidation, from the person or presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of CAPITAL ONE BANK, located at 1629 S. Voss Road in Houston, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Sections 2113(a).

Original Signature on File
FOREMAN OF THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney

BY: _____
JILL JENKINS STOTTS
Assistant United States Attorney

2