USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

No. **4:24-cr-00427**

USAO#: 2024R05054

United States Courts
Southern District of Texas
FILED

CRIMINAL INDICTMENT

Filed: *August 14, 2024*  Judge: **Hanen**

Nathan Ochsner, Clerk of Court

UNITED STATES of AMERICA
vs.

ATTORNEYS:
ALAMDAR S. HAMDANI, USA      (713) 567-9000
JILL JENKINS STOTTS, AUSA    (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| David Michael Hall | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |
|  | ☐ | ☐ |

Cts. 1-2: Bank Robbery [18 USC § 2113(a)]

Charges Total Counts (2)

**PENALTY:**
Cts. 1-2: Not more than 20 years in prison; a fine of up to $250,000; not more than 3 years SRT; $100 SA.

☑ In Jail
2024R05054

Harris County Jail
701 N. San Jacinto Street
Houston, Texas 77002

☐ On Bond

NAME & ADDRESS
of Surety

☐ No Arrest

## PROCEEDINGS:

|  |
|---|
|  |
|  |
|  |
|  |